IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | MISCELLANEOUS |
| ARA RICHARD AVRIGIAN | : | NO. 04-MC-017 |

**ANSWER TO ORDER TO SHOW CAUSE**

FILED
FEB 2 0 2004
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Ara Avrigian, by his attorney, John Rogers Carroll, Esquire, responds to the Court's Order as follows:

Respondent advises the Court that his three-month Pennsylvania suspension was, itself, reciprocal, and based upon an identical suspension previously imposed +by the Supreme Court of New Jersey, where the underlying incident occurred.

Respondent acknowledges the propriety of reciprocal discipline in this Court, but in view of his previous service of two suspensions of three-months each imposed in New Jersey and Pennsylvania, he believes that a suspension retroactive to October 22, 2003 so as to run concurrent with the already-served Pennsylvania suspension would be most appropriate, and so requests. (Pennsylvania Supreme Court reinstatement order attached.)

Respectfully,

February 18, 2004

_____
JOHN ROGERS CARROLL
Attorney for Ara R. Avrigian

CARROLL & BROTMAN
601 Walnut Street
Suite 1150
Philadelphia, PA 19106
215-925-4100

IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL<br>Petitioner<br><br>v.<br><br>ARA RICHARD AVRIGIAN<br>Respondent | No. 842, Disciplinary Docket<br>No. 3 - Supreme Court<br><br>No. 140 DB 2003<br>Disciplinary Board<br><br>Attorney Registration No. 67196<br><br>(Philadelphia) |

## ORDER

PER CURIAM:

AND NOW, this 3rd day of February, 2004, on certification by the Disciplinary Board that the respondent, ARA RICHARD AVRIGIAN, who was suspended by Order of this Court dated September 22, 2003, for a period of three months, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, ARA RICHARD AVRIGIAN, is hereby reinstated to active status, effective immediately.

A true copy Patricia Nicola
As of: February 3, 2004
Attest: *Patricia Nicola*
Chief Clerk
Supreme Court of Pennsylvania