IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:				:	MISCELLANEOUS
						:
ARA RICHARD AVRIGIAN			:	NO. 04mc017

### ORDER

**AND NOW**, this 9th day of December, 2004, it appearing that on September 22, 2003, the respondent was suspended from the practice of law by the Supreme Court of Pennsylvania for a period of three months, effective thirty days after September 22, 2003, and

it further appearing that after respondent had been given an opportunity to be heard, that the judges of this court resolved that respondent should be disciplined by this court, with said discipline to run concurrently with the discipline imposed by the Supreme Court of Pennsylvania, it is hereby

**ORDERED** that respondent is suspended from the practice of law by this court for a period of three months, effective thirty days after September 22, 2003

FOR THE COURT:

_____
**JAMES T. GILES**
**Chief Judge**